Form 1. P1 (6-90)    julua blumburg, inc. NYC IUUIJ

FORM 1 VOLUNTARY PETITION

| United States Bankruptcy Court<br>District of | VOLUNTARY PETITION |
|---|---|
| IN RE (Name of debtor individual, enter Last, First, Middle)<br>**NAWLS, DWIGHT** | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
| ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden and trade names)<br>N/A | ALL OTHER NAMES used by the joint debtor in the last 6 years<br>(Include married, maiden and trade names.)<br>N/A |
| SOC. SEC.;TAX I.D. NO. (If more than one, state all)<br>2618 | SOC. SEC./TAX I.D. NO more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip)<br>**8058 S. BENNETT AVE.**<br>**CHICAGO, ILLINOIS 60617**<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**COOK** | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip)<br>**SAME**<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address)<br>N/A | MAILING ADDRESS OF JOINT DEBTOR (if different from street address)<br>N/A |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR<br>(If different from addresses listed above)<br>N/A | Debtor has been domiciled or has had a residence, principal place<br>[]of business or principal assets in this District for 180<br>immediately proceding the date of this petition or for a longer part of such 180 days than in any other District<br>0  There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| TYPE OF DEBTOR | | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) | |
|---|---|---|---|
| Individual | E)Corporation Publicly Hold | []Chapter 7  [] Chapter 11 | [X]Chapter 13 |
| []Joint (H&W) | ()jCorporation Not Publicly Held | []Chapter9  ()Chapter 12 | []§304-Case Ancillary to Foreign Proceeding |
| []Partnership | []Municipality | FILING FEE (Check one box) | |
| []Other ___ | | []Filing fee attached. | |

NATURE OF DEBT
[]Non-Business Consumer    ID Business - Complete A&B below

[]Filing fee to be paid in installments. (Applicable to individuals Must attach signed application for the courts consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b)) See Offical Form No..3

A. TYPE OF BUSINESS (check one box)
| []Farming | []Transportation | E]Commodity Broker |
|---|---|---|
| E]Professional | []Manufacturing/Mining | []Construction |
| []Retail/Wholesale | | []Real Estate |
| []Railroad | OStockbroker | []Other Business |

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
**WILLIS E. BROWN LTD.**
**120 W. MADISON STREET SUITE 825**
**CHICAGO, ILLINOIS 60602**
Telephone No. **(312)372-3026**

NAME(S) OF ATTORNEY(S)) DESIGNATED TO REPRESENT THE DEBTOR
**WILLIS E. BROWN**
Debtor is not represented by an attorney

### STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. 5 604)
(Estimates only) (Check applicable boxes)

[]Debtor estimates that funds will be available for distribution to unsecured creditors.

[] Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NUMBER OF CREDITORS
()II-15    [116-49    E150-99    [] 1 C)100-199 99    [1200-999    [11000-ov

ESTIMATED ASSETS (in thousands of dollars)    ov
[]Under 50  []50-99  [X]100-499  []500-999  []1000-9999  []10,000-99,000 []  100.

ESTIMATED LIABILITIES (in thousands of dollars)    ov
[]Under 50  []50-99  [X]100-499  C]500-U99  []1000-9999  []10,000.99,000 []  100

ESTIMATED NUMBER OF EMPLOYEES -CH 11 & 12 ONLY
[]o    [31-19    [120-99    0 I00-999    01

ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY
()0    [11-19    020-99    0100-499    []5.

THIS SPACE FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 07/06/2005
Time: 15:23:52
Debtor: DWIGHT NAWLS
Case: 05-26829    Fee : 194
Chapter: 13  Rec. # : 3134763
Judge: Carol Doyle
341 mtg: 08/02/2005 @ 12:00PM
ConfHrg: 08/18/2005 @ 10:30AM
Trustee: MARILYN MARSHALL

1:05BK26829-BK001

Form 1, P2 (6-90)   Julius Blumberg, Inc. NYC 10013

Name *of* Debtor                                     Case No.

(Court use only)

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy *of* debtor's proposed plan dated _____   ☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.
is attached.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed  Chicago, Illinois | Case Number  04 B 40560 | Date Filed  11-4-04 |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (if more than one, attach additional sheet.)

| Name of Debtor   N/A | Case Number | Date |
| Relationship | District | Judge |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title II, United States Code, specified in this petition.

### SIGNATURES

ATTORNEY

X _[signature]_        Date
Signature

| INDIVIDUAL / JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized. |
| X _[signature: Dwight ...]_  Signature of Debtor  Date | X  Signature of Authorized Individual |
| X  Signature of Joint Debtor  Date | Print or Type Name of Authorized Individual |
| | Title of Individual Authorized by Debtor to File this Petition  Date |

### EXHIBIT 'A' (To be completed if debtor is a corporation requesting relief under chapter 11.)

☐ Exhibit 'A' is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit 'B' has been completed.

X _____                                  Date
Signature of Debtor

X _____                                  Date
Signature of Joint Debtor

### EXHIBIT 'B' (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____                                  Date

## NAWLS, DWIGHT

Countrywide Mortgage
P.O. Box 660694
Dallas, Texas

American General Finance
4607 S. Ashland
Chicago, Illinois 60609

Capital One
P.O. Box 26074
Richmond, Va.

Americash
103 N. Wells
Chicago, Illinois

Chicago, Furniture
4240 S Cottage Grove
Chicago, Illinois

Citifinancial
P.O. Box 22060
Tempe, Arizona 85285

Sears
P.O. Box 182149
Columbus, Ohio

Payday Loan
177 W. Lake Street
Chicago, Illinois

Americash
1513 E. 53rd Street
Chicago, Illinois