IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Nawls, Dwight

Printed: 4/1/08

Case Number: 05 B 26829
Judge: Wedoff, Eugene R
Filed: 7/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 14, 2008
Confirmed: October 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,025.00 |  |
| Secured: |  | 8,439.10 |
| Unsecured: |  | 1,063.85 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 522.05 |
| Other Funds: |  | 0.00 |
| Totals: | 10,025.00 | 10,025.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 4,689.00 | 4,399.04 |
| 5. | American General Finance | Secured | 3,656.91 | 3,656.91 |
| 6. | Chicago Furniture | Secured | 383.15 | 383.15 |
| 7. | AmeriCash Loans, LLC | Unsecured | 26.74 | 0.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 67.75 | 316.06 |
| 9. | Peoples Energy Corp | Unsecured | 219.13 | 0.00 |
| 10. | Capital One | Unsecured | 160.36 | 747.79 |
| 11. | City Of Chicago | Priority |  | No Claim Filed |
| 12. | Associated Bank | Unsecured |  | No Claim Filed |
| 13. | CitiFinancial | Unsecured |  | No Claim Filed |
| 14. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 15. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 16. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 17. | LaSalle Bank NA | Unsecured |  | No Claim Filed |
|  |  |  | $ 9,203.04 | $ 9,502.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 282.61 |
| 5% | 81.46 |
| 4.8% | 143.34 |
| 5.4% | 14.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Nawls, Dwight

Printed:  4/1/08

Case Number:  05 B 26829
Judge:  Wedoff, Eugene R
Filed:  7/6/05

_____
$ 522.05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

